K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>     Plaintiff,<br><br>     vs.<br><br>VIRGINIA MILLS, TRUSTEE of the VIRGINIA M. MILLS REVOCABLE TRUST, et al.,<br><br>     Defendants. | No. 1:11-cv-01510-LJO-DLB<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff John Morales ("Plaintiff") and Defendants Virginia Mills, Trustee of the Virginia M. Mills Revocable Trust, Beverly M. Hanson, Trustee of the Hanson Family Revocable Trust dated August 10, 1992, and Jian Hua Jian dba China Chop Suey ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: December 22, 2011                                        MOORE LAW FIRM, P.C.


                                                                             /s/Tanya E. Moore
                                                                             Tanya E. Moore
///                                                                          Attorney for Plaintiff John Morales


*Morales v. Mills, et al.*
Stipulation for Dismissal

Page 1

1 | Date: December 22, 2011                              HELON & MANFREDO LLP
2
3
4                                                       /s/ Donald R. Forbes
                                                        Donald R. Forbes, Attorneys for
5                                                       Defendants Virginia M. Mills, Trustee of
                                                        the Virginia M. Mills Revocable Trust,
6                                                       Beverly A. Hanson, Trustee of the Hanson
                                                        Family Revocable Trust Dated August 10,
7                                                       1992, and Jian Hua Jian dba China Chop
                                                        Suey
8
9

10 | **ORDER**

11

12 |     The parties having so stipulated,

13 |     IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

14 |                                   The clerk is directed to close this action.

15

16

17

18 | IT IS SO ORDERED.

19 |     Dated:   **December 22, 2011**                    **/s/ Lawrence J. O'Neill**
20 |                                                        UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

*Morales v. Mills, et al.*
Stipulation for Dismissal
                                    Page 2