1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  John Morales

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  JOHN MORALES,                          )  No.  1:11-cv-01510-LJO-DLB
                                           )
12            Plaintiff,                    )  **STIPULATION FOR DISMISSAL OF**
                                           )  **ACTION; ORDER**
13        vs.                              )
                                           )
14  VIRGINIA MILLS, TRUSTEE of the         )
                                           )
15  VIRGINIA M. MILLS REVOCABLE            )
    TRUST, et al.,                         )
16            Defendants.                   )
                                           )
17                                         )
                                           )
18

19        IT IS HEREBY STIPULATED by and between Plaintiff John Morales ("Plaintiff") and

20  Defendants Virginia Mills, Trustee of the Virginia M. Mills Revocable Trust, Beverly M.

21  Hanson, Trustee of the Hanson Family Revocable Trust dated August 10, 1992, and Jian Hua

22  Jian dba China Chop Suey ("Defendants"), the parties to this action, by and through their

23  respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-

24  captioned action be dismissed with prejudice in its entirety.

25  Date: December 22, 2011                    MOORE LAW FIRM, P.C.

26

27                                             /s/Tanya E. Moore
                                               Tanya E. Moore
28  ///                                        Attorney for Plaintiff John Morales

*Morales v. Mills, et al.*
Stipulation for Dismissal

1    Date: December 22, 2011                          HELON & MANFREDO LLP

2

3
                                                      /s/ Donald R. Forbes
4                                                     Donald R. Forbes, Attorneys for
                                                      Defendants Virginia M. Mills, Trustee of
5                                                     the Virginia M. Mills Revocable Trust,
                                                      Beverly A. Hanson, Trustee of the Hanson
6                                                     Family Revocable Trust Dated August 10,
                                                      1992, and Jian Hua Jian dba China Chop
7                                                     Suey

8

9

10                                         **ORDER**

11

12           The parties having so stipulated,

13           IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

14                                     The clerk is directed to close this action.

15

16

17

18   IT IS SO ORDERED.

19
        Dated:    **December 22, 2011**              **/s/ Lawrence J. O'Neill**
20                                                   UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28


*Morales v. Mills, et al.*
Stipulation for Dismissal
                                            Page 2